FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 1 5 2016

MATTHEW J. DYKMAN
CLERK

Carlos Raymond 67606.
P.O. Box 520
Santa Rosa, N.M. 88435.

United State District Court
For The District of New Mexico

Carlos Raymond.
        Plaintiff.

        vs.                                    No: 16cv304 KG/CG

Doctor Arnold, is Corporate
Doctor For Corizon Health Care Services,
Doctor Timothy Trapp For Corizon Health
Care Services.
P.A. Allen. For Corizon Health Care Services.
Vincent Horton Warden For GEO Group
G.C.C.F. sved in there individual and
official Capacities, Et. Al.
        Defendants.


        Civil Rights Complaint
Pursuant to 42. U.S.C. § 1983.


1.

## A. Jurisdiction

1.) Carlos Raymond, is a Citizen of New Mexico (Plaintiff)
Who presently resides at P.O. Box 520 Santa Rosa New Mexico, S.C.C.F. Guadalupe County.

2.) Defendant Doctor Arnold, is a Citizen of Albuquer-
-que, New Mexico, and is employed as a Doctor for
the Corporate office of Corizon Health Care Services.
At the time the Claim(s), alleged in this Complaint
arose, was this Defendant acting under Color of
State. ☒ yes, ☐ no: If your answer is "yes" briefly
explain:

3) Defendant (Mr. Arnold) was at all times relevant
to this Action the Doctor for the Corporate office
for Corizon, and was acting under the State Color
of law and due-Process of law, and under the 8th and
14th Amendments, and by statute the Corporate
Doctor is responsible for ensuring that all of the
Policys that have to do with the Medical care services
for all inmates, in the S.C.C.F. Prison in the Santa
Rosa Correctional Institution, are followed by all
Medical personnel.

2.

4). Defendant (Mr. Timothy Trapp), is a Citizen of Albequerque, New Mexico, and is employed as a Doctor for Corizon Health Care Services, at the time the claim(s) alleged in this Complaint arose, was this Defendant acting under Color of state Law, ☒ yes, ☐ no: If your Answer is "yes", briefly explan:

5). Defendant (Mr Timothy Trapp), was at all times relevant to this Action the Doctor and is the Doctor for Corizon, and was acting under the State Color of law and due-Process of law, and under the 8th and 14th Amendments. And by statute the Doctor is responsible for ensuring that all of the Medical care services for (Plaintiff), and all inmates, in the S.C.C.I. Prison in the Santa Rosa Correctional Institution, are adequate, and Comports with all Federal and State laws.

6). Defendant Physicians Assistant (Miss Allen), is a Citizen of Albequerque, New Mexico, And is employed as a Physician Assistant for Corizon Health Care Services, at the time the Claim(s) alleged in this Complaint arose was this Defendant acting under Color of state Law,
☒ yes, ☐ no:
If your Answer is "yes", briefly explan:

3.

7). Defendant (Miss Allen). Was at all times relevant to this Action the Physicians Assistant was and is the Physicians Assistant for Corizon, and was acting under the State Color of law and due-Process of law, and under the 8th and 14th Amendments, and by statute the Physicians Assistant is in fact Responsible for ensuring that all of the Medical Care services for (Plaintiff) and all of the inmates at the G.C.C.F. Prison in the Santa Rosa Correctional Institution, are Adequate, and Comport with all Federal and State law.

8). Defendant (Mr. Vincent Horton). is a Citizen of Santa Rosa, New Mexico, and is employed as a Warden for the G.E.O. Group, G.C.C.F. Correctional Institution, at the time the Claim(s) alleged in this Complaint Arose, Was this Defendant acting under Color of state Law ☒ yes, ☐ no: If your Answer is "yes" briefly explain:

9). Defendant (Mr. Vincent Horton). was at all times relevant to this Action the Warden was and is the Warden for the G.E.O. Group, G.C.C.F. Correctional Institution, and was acting under the State Color of law and due-Process of law, and under the 8th and 14th Amendments, and by state statute the Warden is in fact responsible-

4.

— for ensuring that all of the G.C.C.F. Policy's
are followed and upheld by not only
Correctional Staff, employees, but by
any and all appropriate Medical Staff,
and to ensure the safety and well-being
of all inmates (Plaintiff) under the warden
supervision.

10).                    Jurisdiction

Jurisdiction is invoked pursuant to
28 U.S.C. § 1343(3), 42 U.S.C. § 1983, to redress
the deprivation Under Color of state law,
of rights secured by the United States,
The Court has jurisdiction under 28 U.S.C.
Section 1331 and 1343(a)(3)

11).                    Venue

The United States District Court For The
District of New Mexico is an Appropriate
Venue Under 28 U.S.C. Section 1391(6)(2),
because it is Where the events giving rise
to this Claim occurred, in this district.

12).                    Immunity

The Defendants have no immunity in this Case,
because they Knew or should of Known that they
Were Violating Plaintiffs Constitutional
Rights, and Defendants are sued in there
individual and official Capacities El, al.,

5.

"Exhaustion of Legal Remedies"

13) Plaintiff Mr. Carlos Raymond used the inmate grievance procedure Available at the G.C.C.F. Guadalupe County, Santa Rosa, New Mexico.

"Cause of Action and Factual" Allegation.

14) Plaintiff incorporates Paragraph (1), through 22 by reference.

15) The named Defendants Violated Plaintiff Mr. Carlos Raymond, Eighth And Fourteenth Amendments and the due-Process Violation Under Color of State Law. Plaintiff Was subjected to Medical Mistreatment, and deliberate indifference to serious Medical Need, And in Violation of G.C.C.F. And D.O.C. Policy and Procedures.

16). See: Exhibit A, The Inmate Grievance, filed on 3/17/2016, and the Inmate informal Complaint filed on or About 3/21/16.

17). The reason the inmate grievance and the informal Complaints were filed is because the Medical Care in this Prison G.C.C.F. is Not Adequate. The Plaintiff has had these Cuts (Appeare on the (Head of her Penis) for the last 2 Years, and all the Medical personnel, prudent Defendants, will do, and have been doing for Plaintiff is give him Antifungal Cream. to put on the head of the Penis, daily, and its to be Applyed 3 times daily, and Fivconazole tables 150 MG, and its to be takens) one table daily for 7 day, but there not helping. Nevertheless

17). Since Prisoners (Plaintiff) Cannot obtain their own Medical services, the Constitution requires prison Authorities to Provide them with "reasonably Adequate" Medical Care, Courts have defined "Adequate" Medical services as services at a level reasonably Commensurate with Modern Medical science and of a quality acceptable within prudent professional standards. But in this Case

7.

18). This Medical problem has Not been resolved, The Corizon Corporate Doctor Mr Arnold, has Actual Knowledge of all Medical Cases in this Correctional Institution of all Inmates (Plaintiff) symptoms dr to her injury and or Medical Problem, Therefore direct or indirect Doctor Arnold, knew or should have Known about the (Plaintiff) serious Medical Needs, because Plaintiff has had this Medical Problem for 2 years Now, Nevertheless the Plaintiff Should have been seen by Now (by an-appropriate specialist)

19). Defendant Doctor Timothy Trapp, has all but ignored Plaintiffs present Condition, and the long-term Complications, Doctor Timothy Trapp knew or should have Known that this Medical Problem should bore further investigation, but all Plaintiff got was (Antifungol Cream), to be applyed 3 times daily, and (Fliconazole tablet), to be taken one (per-day for 7 days) for the cuts on the head of the Penis, therefore it can be assumed and obvious, that as a professional Doctor, this is not Doctor Timothy Trapps area of expertise.

8.

20). The Defendant Physician Assistant Katherine Allen, has No qualification in this Area because She has ignored plaintiff present Condition, because the Course of treatment for Plaintiff is Not Provided. She has delayed also in referring diabetic Plaintiff with Complications to the appropriate specialist. As a diabetic the Plaintiff is entitled to reasonable access to Medical personnel qualified to diagnose and treat this Medical condition, therefore this is failure to provide access to Medical specialist Constitutes deliberate indifference.

21). Vincent Horton Warden For the G.E.O. Group is acting under Color of law and as the Warden he has overall responsibility to ensure that Plaintiff basic Needs Are Met, the warden is required Constitutionally to follow the Law. Warden is aware of Plaintiff present and urgent Needs to be seen by Medical, because of the Grievance that have been filed by Plaintiff, and warden has not looked in to this Matter, therefore it is a deliberate indifference.

9

22) Plaintiff wrote to Mr. Gregg Marcantal Secretary of Correction, about the current Medical Iskven. but in responce to the Plaintiff's Correspondence, all Mr. Marcantal told the Plaintiff was to follow the C.D. Policies, the Secretary of Correction will tell the Plaintiff to follow proper C.D. Policies, but when it comes to the Correctional personnel at GCCF to follow there policies they don't.

See Letter sent to Plaintiff by Secretary of Correction Mr. Gregg Marcantal. as Exhibit B.

10.

## "Request For Relief"

Wherefore Plaintiff respectfully Pray that this Court,

A. Declare that the Acts and Omissions described herein Violated Plaintiffs rights under the Constitution and laws of the United States.

B. Order Defendants in there individual and official Capacities to pay Compensatory damages in the Amount of $65,000 dollers.

C. Order Defendants in there individual and official Capacities to pay punitive damages in the Amount of $750,000. dollers for pain and suffering.

Signature of Petitioner

67606-H-1-B-POD

P.O. Box 520

Santa Rosa N.M.

88435

11.

# "Declaration under Penalty of Perjury"

The undersigned declares under penalty of perjury that he is the Plaintiff in the Above action, that he has read the above Complaint and that the information Contained therein is true and Correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at: GCCF on: 4-7-16

X _____

Subscribed And Sworn to me this 11th day of April, 2016

_____
Notary Public

My Commission Expires, April 11, 2018

Respectfully submitted

X _____

12.

*Exhibit A.*

Form CD-150501.1
Revised 03/31/15 Page 1

## NEW MEXICO CORRECTIONS DEPARTMENT
## INMATE GRIEVANCE

Inmate's Name: CARLOS RAYMOND   NMCD#: 676606   Grievance File #: 110·03·110

Institution: GCCF   Housing Unit: H2·C·214   Date of Incident: 3·17·16 on Going.

Date Received by Grievance Officer: _____

Grievance Officer's Signature: _____

---

> **INSTRUCTIONS**: It is expected that problems be resolved in an informal manner. Please read policy/procedure *CD-150500* before filing a grievance. Your grievance must be typed or clearly written so as to be readable after photocopying. The grievance <u>must</u> be filed with the Institutional Grievance Officer to be valid. Copies sent elsewhere will be considered <u>informational</u> copies only, not requiring a response.

**STEP 1 - Grievance**: Include documentation and names of any witnesses to support your claim. For your grievance to be accepted, you must state the relief requested. Use additional pages, if necessary.

"See ATTACHED" PAPER WORK, I AM NOT getting THE PROPER MEDICAL ATTENTION.

Inmate's Signature _____   Date: 3·23·16.

**Relief Requested**:

I AM ASKING FOR A Second OPINION FROM AN OUTSIDE MEDICAL PRACTITIONER, WHICH I AM ENTITLED TO per policy.

---

**STEP 2 – To Be Completed by the Grievance Officer**:

A. __your grievance is **accepted** for consideration.
B. __your grievance is **being returned** to you because of the following reason:
    __ 1. The grievance is not readable.
    __ 2. The matter has been answered in previous grievance #: _____
    __ 3. The grievance concerns material not grievous under present policy.
    __ 4. The grievance is a group grievance or petition. (Submit individually.)
    __ 5. The grievance is not timely.
    __ 6. Other Specify: _____
    _____

Grievance Officer's Signature: _____ Date: _____

Page #1

RECEIVED
MAR 2 3 2016

BY: _Daniel_
16-03-110

Form CD-150501.3
Revised 03/31/15 Page 1

## NEW MEXICO CORRECTIONS DEPARTMENT

### INMATE INFORMAL COMPLAINT

Inmate Name: CARLOS A. RAYMOND.        NMCD#: 67606.

Facility: G.C.C.F        HU/Cell #: 214        Date of Incident: 3-21-16.
2

Name of subject or person to whom the complaint was filed against: MEDICAL

Explain your complaint in detail: Being MENTALLY ABUSED. NOT Being ABLE TO
GET THE PROPER CARE NOT Knowing WHATS WRONG STRESSing
AND AT RISE OF my HEATH. HAVing Disordees. PTSD.
DEPRESSiON Bipolor. Diabities Hep C. Being AN on going ISSUE

Inmate Signature: _____        Date: 3.22.16.

.................................................................
**Unit Manager/Chief of Security/Designee**

Date Received: 3/23/16

I, _C. Greena_ have reviewed the above informal complaint and
    Unit Manager/Chief of Security/Designee

Recommend:        ( ) Resolution        (✓) Recommend formal grievance

Explain: This issue cannot be resolved, due to inmate
Raymond feeling he is not properly being cared for.

Staff Member: C. Greena        /        Date: 3/23/16
                    Print / Sign

.................................................................

Acknowledged by the signatures below, this informal complaint is: ☐ **Resolved**    ☑ **Unresolved**

Unit Mgr/Chief of Security/Designee: Ced. G        Date: 3/23/16
                            Print / Sign

Staff Witness: _____/ Daniel Ray G        Date: 3/23/16
                    Print / Sign

Inmate: _____/ CARLOS RAYMOND        Date: 3.23.16.
                Print / Sign

**If this informal complaint could not be resolved, the inmate may pursue a formal grievance within 5 working days of the date of resolution.**

**At time of resolution-the inmate must be given a copy of the completed copy of the Informal Complaint**

**Inmate must attach this document if the formal grievance is to be submitted.**

"NOTICE OF INTENT" LETTER TO DIRECTOR OF ADULT PRISONS".

GREGG MARKENTELL.

MY NAME IS CARLOS RAYMOND #67606

I AM WRITING THIS LETTER ON MY BEHAIF.

OF NOT GETTING THE PROPER MEDICAL CARE

I HAVE STARTED THE PROCESS OF THE INFORMAL.

BUT STILL CONTINUE TO GIT THE SAME CARE.

JUST TIRED OF GOING THREW. THE STRESS IVE BEEN

GOING THREW. MENTALLY & PHYSICALLY. IF YOU WOULD

SEE ATTACHED PAPER WORK I WOULD APPRICATE

YOUR TIME & HELP. I AM SURE THAT I AM NOT JUST

THE ONLY 1 HAVING THESE PROBLEMS WITH MEDICAL.

IF YOU WOULD PLEASE GET BACK AT ME ON

THIS MATTER I WOULD APPRICATE YOUR HELP
THANK YOU.   CARLOS RAYMOND. 67606 H2·C·214
                                          3.23.16

RECEIVED

MAR 2 2 2016

BY: _Sandoval_
16-03-104

Form CD-150501.3
Revised 03/31/15 Page 1

## NEW MEXICO CORRECTIONS DEPARTMENT

### INMATE INFORMAL COMPLAINT

Inmate Name: CARLOS A. RAYMOND.      NMCD#: 67606

Facility: GCCF.      HU/Cell #: H2·C·214   Date of Incident: 3·17·16.

Name of subject or person to whom the complaint was filed against: MEDICAL - CORIZON - STAFF. DOCTORS.

Explain your complaint in detail: MEDICAL NEEDS. ON Going Problem. NOT GETTING THE RIGHT TREATMENT FOR MY MEDICAL NEEDS BEEN HAVING THIS ISSUE GOING ON ALMOST 2 yrs. ABOUT. IVE Notified MS. Allen, Dr. Trapp. AND NURSE THEY SAY THERE NOT MUCH THEY CAN DO. I HAVE CUTS ON MY PRIVATE PART OF MY body. ITS BEEN A ONGOING PROBLEM. I HAVE BEEN Given ANT Fungal CREAM AND TOLD I Told JUST Apply. ITS AN ON Going PROBLEM. I AM DIABETIC.
Inmate Signature: _____ Date: 3·21·16
AT HIGH RISK OF INFECTIONS. Do TO MY Illness. Tired of PAIN AND NOT THE RIGHT TREATMENT

### Unit Manager/Chief of Security/Designee

Date Received: 3/22/16

I, _David Roybal_ have reviewed the above informal complaint and
*Unit Manager/Chief of Security/Designee*

Recommend:      (✓) Resolution      ( ) Recommend formal grievance

Explain: Seen by Nurse Salinas last week but will schedule to follow up on his medical issues. Kathy Gremio will schedule to see no Allen or Dr. TRAPP. They will see him on 3/22/16

Staff Member: David Roybal / DO1R7L1      Date: 3-22-16
*Print / Sign*

Acknowledged by the signatures below, this informal complaint is: ☑ Resolved      ☐ Unresolved

Unit Mgr/Chief of Security/Designee: _David Roybal_      Date: 3/22/16
*Print / Sign*

Staff Witness: _M. Long_ / _____      Date: 3/22/16
*Print / Sign*

Inmate _____ / Carlos Raymond Date: 3·22·16
*Print / Sign*

**If this informal complaint could not be resolved, the inmate may pursue a formal grievance within 5 working days of the date of resolution.**

**At time of resolution-the inmate must be given a copy of the completed copy of the Informal Complaint**

**Inmate must attach this document if the formal grievance is to be submitted.**

My NAME IS CARLOS A. RAYMOND.* 676060 I am currently serving time I arrived to G.C.C.F. on 7-11-2014. I started getting cuts on my private part of my body I've mentioned it to Ms. Allen KATHERINE-NP. AND I WAS GIVEN Antifungal cream (TOINAFTATE 1% IT helped out for a while But still would continue to get cuts theres times were its painful from the cuts and hard to use the restroom. I've been asking if theres is anything else. They can give me. She said let her know how it does. After a few weeks of using the cream. I've told her that I am still having issues AND I WAS TOLD THATS all they could give me. Its been an ongoing problem. I started to see Timothy Trapp-D, MD. I let him know about my issue having cutts. on my private part of my body. He checked to see what was wrong saw cuts and again was given Antifungal cream and to let him know how it does. I've Been using cream daily. Keeping area clean. And I still continue to get cuts. And to just keep using the cream. AND THAT THERES not much they can do. I recently told Dr. Tray on 3-17-16 at about 2:40-3:00pm. And told him I am still having the same problem and again just use Antifungal cream. That theres not much he could do. I've Been embarrassed. to let staff know. But I am now tierd of going thrkw this stress. not knowing what to do any more or who to ask for help. I keep getting the same answers. I put in sick calls as well for other issue like my Back pain and just been given. I.B.U. 600 in pain But is there anything I can do. I'm in BIVES now that they know and I still cant get the right treatment medical care I need.

IAM A High Risk Diabatic. Insalin Dependant. Since 2009
AND still continue to Suffer from pain & cuts. Embarrassment
Mental Abuse having to Deal with medical issue In my life.
In All Summary ITS been A 2yrs or so Now THAT IVE Been
going threw this on going problem. CORIZON STAFF HAS
Been notified. Numerous Times. AND I Am now Taking Things.
Into my own Hands.

CARLOS A. RAYMOND. 67606 H2C 214.    3.17.16.



"NOTES" DAYS & TIMES.

CARLOS. A. RAYMOND #070606 H2. C. 214.

3·17·16
AT Night
WAS WHEN
L PUT IN
SICK. CAll
H2· C· 214

• I PUT IN SICK CALL
TO BE SEEN FOR CUTS
ON MY PRIVATE PART
Of MY body.
• I SPOKE WITH DR·TRAJP.
EARLY THAT DAY AT 2:40 — 3:00 p.m
AT DiAbetic line. AND WAS TOLD
JUST TO KEEP usiNg ANTifungAl —
CREAM THAT THERES NOT MUCH THEY
CAN DO. HES BEEN AWARE. I STILL
PUT IN SICK CAll ANYWAYS.

3·18·16

• I SPOKE WITH MS. SELE NAS "NURSE"
AT "3:00 o'clock DiAbetic line". AT
3:30 — 4:00 pm. SHE ASKED WHAT
PROBLEMS I WAS HAViNG. AND I
SPOKE TO HER AbOUT MY onGoiNg
PROBLEM. SHE WAS AWARE of MY
SiCK CAll. AND I would GET SEEN.
SOMETIME NEXT WEEK. AND TAlKED
TO HER AbOUT MY SiTUATION AND.
HOW lonG ITS bEEN goiNG FOR.
SHE SAID SHE DiDNT KNOW REAlly
WHAT SHE could DO. BUT SHE
GAVE ME SKiN PROTECTANT
OiNTMENT. 5g. PACKET AND would
PUT IN PAPERWORK TO bE SEEN bY MS. Allen "AWARE"

3.21.16 I WENT TO MEDICAL ABOUT 9:50 - 10:30 AM.
GOT CALLED AND WAS TOLD by MS. ROSS.
THAT I WAS ALREADY SEEN FOR IT. SO I
"ASSUME" THAT THERE NOT WANTING
TO GIVE ME THE MEDICAL ATTION.

3.21.16 I WROTE A MENTAL HEALTH
TO SPEAK TO THEM About my
MEDICAL AND "MENTAL ABUSE"
THAT IAM going THREW WITH
THESE ISSUES IAm HAVING
NOT GETTING THE RIGHT TREATMENT FOR MEDICAL.

3.21.16 I AM now putting my INFORMAL
COMPLAINT. TURNED IN 3.22.16

3.22.16. I WAS TOLD by officer CHAVEZ IN COORDOOR
THAT TO GO TO MEDICAL WHEN I WENT
ON RESTROOM BRAKE IAM AT SCHOOL. SO
I let my TEACHER KNOW THAT I NEED TO
GO TO MEDICAL. I WENT A 9:29 9:41 AND
WAS TOLD I WASNT NEED by officer
IN MEDICAL. I TOLD HIM THAT I WAS CALLED
HE SAID NO. SO I RETURND TO CLASS.

3.2.

NOTES

3·22·16 · ON THIS DAY I SPOKE WITH LT. DAVID ROYBAL.
AROUND
3:00 pm.
HE IS AWARE OF MY INFORMAL COMPLAINT
HE SEID HE SPOKE TO MS. JARAMILLO IN MEDICAL.
AND IS AWARE OF MY INFORMAL. THE SAID
IVE ALREADY BEEN SEEN. BY MS. SALINAS. LAST week.
AND will be SCHEDULED TO follow up. MS. ALLEN ORDELTRAY

3·22·16   WAS SEEN AND. NOW going TO GET MORE Antifungal
          CREAM AND pill. I will CONTINUE TO get
3:00-4:00  CREAM. AND APPLY 3 Times A DAY. AND TAKE pill
          FOR 7 DAYS. AND THAT IT SHould go AWAY. AND
VACTION.  I would BE SEEN IN 2weeks when SHe comes back from
3·22·16.  WHY AFTER Putting Informal THey Decide TO now
          DO SOMETHing. AFTER SO long. AND Having TO GO
          THREW THE TROUBles. back AND forth. AND I will
          WAIT Till SATURDAY TO Get my MEDICATION.

3·23·16   I WROTE MENTAL HEALTH on 3·21·16 AND SENT
          A REQUEST THAT I WANTED TO TALK TO THEM
          About SOME PERSONAL ISSUES I AM HAVing.
          AND ITS NOW THE 3·23·16 AND STILL
          HAVNT BEEN SEEN.

3.23.16 I was called to speak to Capt about
my Informal complaint on mental
House. Do to my Medical needs
AND. ISSUES.

*Exhibit B*

**State of New Mexico**
**Corrections Department**
Central Office Administration
4337 State Road 14, Santa Fe, NM 87508
PO Box 27116, Santa Fe, NM 87502-0116
www.corrections.state.nm.us
Phone: 505.827.8600 - Fax: 505.827.8220

*Gregg Marcantel*
Secretary 505.827.8884

*Vacant*
Deputy Secretary of Administration
505.827.8631

*Joe W. Booker, Jr.*
Deputy Secretary of Operations
505.827.8667



*Susana Martinez*
Governor

Administrative Services 505.827.8601
Adult Prisons 505.827.8767
Corrections Industries 505.827.8906
General Counsel 505.827.8698
Information Technology 505.827.8713
Probation & Parole 505.827.8830
Office of Recidivism Reduction 505.827.8541
Training Academy 505.827.8900

"We commit to the safety and well-being of the people of New Mexico by doing the right thing, always."

Carlos Raymond NMCD 67606
Guadalupe County Correctional Facility
Grievance Correspondence Response

This is in response to your correspondence in regards to issues at your facility you are having.

The issue you bring forward is a grievance appeal issue. NMCD policy outlines the process you must follow as to filing an appeal.

You will need to access the current CD policy in regards to the grievance or disciplinary policy as to submit these concerns correctly. Any disciplinary appeal / grievance issues will be handled by the Facility grievance officer and not the Central office in Santa Fe. If you are currently housed in a private facility and the grievance officer or disciplinary officer is not providing you assistance, then you will contact the NMCD Contract monitor for assistance to ensure your issues are being addressed.

The following CD Policies are noted for you to access and follow as to proper submission for informal complaints / formal grievances / disciplinary appeals.

CD policy (Inmate Discipline)      090100 / 300 / 500
　　　　　(Inmate Grievances)       150500

Any direct correspondence sent either to the governor's office, the secretary of corrections, general counsel or the director of adult prisons office will always be sent back to you without any action being taken. You will have to address it by CD policy. No action will take place unless you follow CD Policy.

Your concerns will be addressed starting at the facility level as long as you follow the policy and procedures.

_____          3/31/16
Larry Phillips, Statewide Grievance / Disciplinary Mgr          **Date**

CARLOS A. RAYMOND 67600

H1·B·209

G.C.C.F.

PO BOX 520

SANTA ROSA New Mexico
88435.

TO

U.S

FO

3

/

606
3:209



Hasler
04/14/2016
US POSTAGE $003.59º
FIRST-CLASS MAIL
ZIP 88435
011D11649951

Mexico
35.

RECEIVED
At Albuquerque NM

APR 1 5 2016

MATTHEW J. DYKMAN
CLERK

TO: CLERK OF COURT
U.S. DiSTRiCT COURT
FOR NEW MEXiCO.
333 LOMA BLVd. N.W
SUiTE 270
AlGuquerque NewMexico
87102-9843.